IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TODD COPENHAVER and AMBER COPENHAVER,<br><br>      Plaintiffs,<br><br>vs.<br><br>CAVAGNA GROUP S.p.A. OMECA DIVISION, AMERIGAS PROPANE, L.P., ALBERTSONS COMPANIES, INC., and DOES 1-10,<br>      Defendants. | CV 19-71-BLG-SPW-TJC<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR *PRO HAC VICE* ADMISSION** |

  Defendants Amerigas Propane, L.P., and Albertsons Companies, Inc., ("Defendants") move for the admissions of H. Brook Laskey ("Laskey") to practice before this Court in this case with Paul C. Collins as local counsel. (Doc. 24.)

  *Pro hac vice* admission is governed by D. Mont. L.R. 83.1(d), which provides in pertinent part that the applicant must state that the applicatnt has complied with Montana Rule of Professional Conduct 8.5. *See* L.R. 83.1(d)(3)(J). While the present motion contains an affidavit and certificate of good standing, Laskey's affidavit fails to address 83.1(d)(J). (*See* Doc. 24-1.)

  Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit H. Brook Laskey *pro hac vice* is DENIED without prejudice. Defendants may

resubmit the motion, provided it is accompanied by an affidavit that complies in full with L.R. 83.1(d)(3).

DATED this 12th day of December, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge