FILED

12/16/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TODD COPENHAVER and AMBER COPENHAVER,<br><br>                      Plaintiffs,<br><br>vs.<br><br>CAVAGNA GROUP S.p.A. OMECA DIVISION, AMERIGAS PROPANE, L.P., ALBERTSONS COMPANIES, INC., and DOES 1-10,<br>                      Defendants. | CV 19-71-BLG-SPW-TJC<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR *PRO HAC VICE* ADMISSION** |

      Defendants Amerigas Propane, L.P., and Albertsons Companies, Inc., ("Defendants") move for the admissions of H. Brook Laskey to practice before this Court in this case with Paul C. Collins as local counsel. (Doc. 26.)

      Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit H. Brook Laskey *pro hac vice* is GRANTED on the condition that Mr. Laskey shall do his own work. This means that Mr. Laskey must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

Mr. Laskey may move for the admission *pro hac vice* of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Laskey.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Laskey, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 16th day of December, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge