FILED
12/30/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TODD COPENHAVER and AMBER COPENHAVER,<br><br>                  Plaintiffs,<br><br>vs.<br><br>CAVAGNA GROUP S.p.A. OMECA DIVISION, AMERIGAS PROPANE, L.P., ALBERTSONS COMPANIES, INC., and DOES 1-10,<br>                  Defendants. | CV 19-71-BLG-SPW-TJC<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR *PRO HAC VICE* ADMISSION** |

Defendant Cavagna Group, moves for the admission of Frank J. Ciano to practice before this Court in this case with Calvin J. Stacey to act as local counsel. (Doc. 31.)

The Court notes that Defendant failed to adhere to Local Rule 7.1(c), which states:

> (1) The text of the motion must state that the other parties have been contacted and state whether any party objects to the motion.
> . . .
>
> (2) When a motion is unopposed, the word "unopposed" must appear in the title of the motion.

Adherence to this local rule allows the Court, and often the parties, to handle matters more expeditiously. Compliance with the local rule is required.

Second, *pro hac vice* admission is governed by D. Mont. L.R. 83.1(d), which provides in pertinent part that the applicant must state whether the applicant has even been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned. Defendant has indicated that the applicant has never been held in contempt, otherwise disciplined, or sanctioned, but disclosed a grievance filed with the State of Connecticut. (Doc. 31-1 at ¶ 6.) *See* L.R. 83.1(d)(3)(G). The Court notes that the applicant intended to enclose a copy of the grievance complaint and his response, as well as a copy of the Order dismissing the complaint, but did not enclose the documents.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Frank J. Ciano *pro hac vice* is DENIED without prejudice. Defendant may resubmit the motion, provided opposing counsel is contacted and the resubmitted motion states whether any party objects, and intended documents are filed therewith.

DATED this 30th day of December, 2019.

TIMOTHY J. CAVAN
United States Magistrate Judge