IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TODD COPENHAVER and AMBER COPENHAVER,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CAVAGNA GROUP S.p.A. OMECA DIVISION, AMERIGAS PROPANE, L.P., ALBERTSONS COMPANIES, INC., and DOES 1-10,<br>　　　　　　Defendants. | CV 19-71-BLG-SPW-TJC<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR *PRO HAC VICE* ADMISSION** |

Defendants AmeriGas Propane, L.P. and Albertsons, LLC, moves for the admission of Michael D. Aiken to practice before this Court in this case with Paul C. Collins to act as local counsel. (Docs. 53; 53-1 at ¶ 8.)

The Court notes that Defendant failed to adhere to Local Rule 7.1(c), which states:

> (1) The text of the motion must state that the other parties have been contacted and state whether any party objects to the motion.
> . . .
>
> (2) When a motion is unopposed, the word "unopposed" must appear in the title of the motion.

Adherence to this local rule allows the Court, and often the parties, to handle matters more expeditiously. Compliance with the local rule is required.

Accordingly,

IT IS HEREBY ORDERED that Defendant's motion to admit Michael D. Aiken *pro hac vice* is DENIED without prejudice. Defendant may resubmit the motion, provided opposing counsel is contacted and the resubmitted motion states whether any party objects.

DATED this 24th day of February, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge