IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TODD COPENHAVER and AMBER COPENHAVER,<br><br>    Plaintiffs,<br><br>vs.<br><br>CAVAGNA GROUP S.p.A. OMECA DIVISION, AMERIGAS PROPANE, L.P., ALBERTSONS COMPANIES, INC., and DOES 1-10,<br>    Defendants. | CV 19-71-BLG-SPW-TJC<br><br>**ORDER** |

Defendants AmeriGas Propane, L.P. and Albertsons, LLC move the Court for the admission of Michael D. Aiken to practice before this Court in this case with Paul C. Collins to act as local counsel. (Doc. 55.) Mr. Aiken's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit Michael D. Aiken *pro hac vice* is GRANTED on the condition that Mr. Aiken shall do his own work. This means that Mr. Aiken must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Aiken, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 24th day of February, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge