IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TODD COPENHAVER and AMBER COPENHAVER, | CV 19-71-BLG-SPW-TJC |
| Plaintiffs, | **ORDER** |
| vs. | |
| CAVAGNA GROUP S.p.A. OMECA DIVISION, et al., | |
| Defendants. | |

Before the Court is Plaintiffs Todd and Amber Copenhaver's Motion to Compel. (Doc. 63.)  Pursuant to this Court's Order, the parties filed a joint status report outlining meet and confer efforts, and identifying the issues remaining to be resolved.  (Docs.  91, 92.)  A hearing was then held on August 11, 2020, in the Bighorn Courtroom, James F. Battin Federal Courthouse in Billings, Montana, before the undersigned.  At the hearing, the parties spent approximately one-hour forty-five minutes engaged in additional meet and confer efforts, resolving all issues identified in their joint status report.  The parties entered their stipulation on the record, and the Court ordered that discovery in the case would proceed according to the parties' agreement.  The Court also ordered that the issues covered by the parties' stipulated agreement shall be subject to Fed. R. Civ. P. 37(a) and (b).

The parties also raised an additional issue at the hearing relative to language to be used in the parties' proposed non-disclosure agreement.  The Court allowed the parties 14 days to simultaneously file briefs outlining their respective positions on the issue.  Therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel is GRANTED to the extent the issues raised are covered by the parties' stipulated agreement.  The motion is DENIED as moot with respect to all remaining issues. If Plaintiff intends to seek fees and costs in connection with the motion, Plaintiff may file their request within 14 days of the date of this order.  Defendants will be given 14 days to respond.  The Court will determine whether fees and costs should be awarded under Fed. R. Civ. P. 37(a)(5).

IT IS FURTHER ORDERED that the parties have 14 days from the date of this order to submit the proposed non-disclosure agreement, accompanied by any briefs the parties wish to submit outlining their position of the issue and the applicability of the Gus Barber Antisecrecy Act, Mont. Code Ann. § 2-6-1020.

**IT IS ORDERED**.

DATED this 13th day of August, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge