John Morrison
Scott Peterson
MORRISON, SHERWOOD, WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
P.O. Box 557
Helena, MT 59624-0557
ph. (406) 442-3261
fax (406) 443-7294
john@mswdlaw.com
speterson@mswdlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TODD COPENHAVER and AMBER COPENHAVER,<br><br>Plaintiffs,<br><br>vs.<br><br>CAVAGNA GROUP S.p.A OMECA DIVISION; AMERIGAS PROPANE, L.P.; ALBERTSONS COMPANIES, INC.; and DOES 1-10,<br><br>Defendants. | Case No.: 1:19-cv-00071-SPW-TJC<br><br>**PLAINTIFFS' MOTION FOR ATTORNEY FEES UNDER RULE 37** |

Come now the Plaintiffs, through counsel, Pursuant to rule 37(a)(5)(A), Fed. R. Civ. Pro., and this Court's Order granting Plaintiffs' Motion to Compel (Doc. 96), and respectfully move this honorable Court for an award of attorney fees incurred in the course of the eleven month effort to obtain responses to Plaintiffs'

first discovery requests including the recently argued and granted Motion to Compel. As Grounds for the motion, plaintiff submit here with the accompanying memorandum brief.

**Rule 7.1 Certificate of Conferral**

Pursuant to Local Rule 7.1(c)(1), counsel for Plaintiffs conferred with counsel for Defendants and the motion is opposed.

DATED this 27th day of August, 2020.

> By: /s/ John M. Morrison
> John M. Morrison
> MORRISON SHERWOOD WILSON DEOLA PLLP
> *Attorney for Plaintiffs*