IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TODD COPENHAVER and AMBER COPENHAVER,<br><br>                Plaintiffs,<br><br>vs.<br><br>CAVAGNA NORTH AMERICA, INC., AMERIGAS PROPANE, L.P., ALBERTSONS, LLC., BLUE RHINO CORPORATION., and DOES 1-10,<br><br>                Defendants. | CV 19-71-BLG-SPW-TJC<br><br><br>ORDER GRANTING MOTION TO FILE UNDER SEAL |

Plaintiff has moved the Court for leave to file under seal their brief in support of the Motion for Rule 37 Sanctions. (Docs. 105, 106). Good cause appearing,

IT IS ORDERED that the motion to file under seal the brief in support (Doc. 106) is GRANTED. Upon filing, Plaintiff must adhere to L.R. 5.2.

DATED this 20th day of November, 2020.

                                                _____
                                                TIMOTHY J. CAVAN
                                                United States Magistrate Judge