John M. Morrison
Scott Peterson
MORRISON SHERWOOD WILSON DEOLA, PLLP
401 North Last Chance Gulch • P.O. Box 557
Helena, Montana 59624-0557
(406) 442-3261
(406) 443-7294 facsimile
john@mswdlaw.com
speterson@mswdlaw.com

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| TODD COPENHAVER and AMBER COPENHAVER,<br><br>Plaintiffs,<br><br>vs.<br><br>CAVAGNA GROUP S.p.A OMECA DIVISION; AMERIGAS PROPANE, L.P.; ALBERTSONS COMPANIES, INC.; and DOES 1-10,<br><br>Defendants. | Case No.: 1:19-cv-00071-SPW-TJC<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Come now Plaintiffs, through counsel, and move the Court for an extension of time to respond to this Court's Order dated March 12, 2021 (Doc. 214). Plaintiffs request an extension until and including April 2, 2021. Plaintiffs seek the extension for personal health reasons and the press of other business.

Defendants' counsel have been contacted and do not oppose this motion.

DATED this 25th day of March, 2021.

                By:    /s/ John Morrison
                      John Morrison
                      MORRISON SHERWOOD WILSON DEOLA PLLP
                      *Attorneys for Plaintiffs*