IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TODD COPENHAVER and AMBER COPENHAVER,<br><br>Plaintiffs,<br><br>vs.<br><br>CAVAGNA GROUP S.p.A OMECA DIVISION; AMERIGAS PROPANE, L.P.; ALBERTSONS COMPANIES, INC.; and DOES 1-10,<br><br>Defendants. | Case No.: 1:19-cv-00071-SPW-TJC<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Upon the Plaintiffs' Unopposed Motion for Extension of Time (Doc. 215), and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs motion is **GRANTED**. Plaintiffs are granted an extension of time up to and including **Friday, April 2, 2021**, to file a response to this Court's Order dated March 12, 2021. (Doc. 214).

DATED this 26th day of March, 2021.

SUSAN P. WATTERS
U.S. District Court Judge

1