IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TODD COPENHAVER and AMBER COPENHAVER,<br><br>Plaintiffs,<br><br>vs.<br><br>CAVAGNA GROUP S.p.A. OMECA DIVISION; AMERIGAS PROPANE, L.P.; ALBERTSONS COMPANIES, INC.; and DOES 1-10,<br><br>Defendants. | CV 19-71-BLG-SPW<br><br>ORDER |

Plaintiffs Todd and Amber Copenhaver, having moved the Court for an order allowing the Plaintiffs to file Exhibits 2 and 4 to their Objections to Order of the Magistrate without redaction under seal (Doc. 218), and for good cause appearing in support of the motion,

IT IS HEREBY ORDERED that the Plaintiffs' motion for leave to file the exhibits under seal is GRANTED.

DATED this 12th day of April 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1