IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TODD COPENHAVER and AMBER COPENHAVER,<br><br>             Plaintiffs,<br><br>vs.<br><br>CAVAGNA NORTH AMERICA, INC., AMERIGAS PROPANE, L.P., ALBERTSONS, LLC., BLUE RHINO CORPORATION., and DOES 1-10,<br><br>             Defendants. | CV  19-71-BLG-SPW-TJC<br><br><br>**ORDER** |

Plaintiffs Todd and Amber Copenhaver have filed a motion for extension of time to respond to Defendants AmeriGas Propane L.P. and Albertsons Companies, Inc.'s motion to reopen discovery.  (Docs. 236, 242.)  The motion is unopposed.  Accordingly,

IT IS HEREBY ORDERED that Plaintiffs shall file a response no later than September 8, 2021.

**IT IS ORDERED**.

DATED this 26th day of August, 2021.

                                                                  _____
                                                                  TIMOTHY J. CAVAN
                                                                  United States Magistrate Judge