# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TODD COPENHAVER and AMBER COPENHAVER,<br><br>Plaintiffs,<br><br>vs.<br><br>CAVAGNA GROUP S.p.A OMECA DIVISION;<br><br>Defendant. | Case No.: 1:19-cv-00071-SPW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CAVAGNA GROUP SpA OMECA DIVISION** |

Pursuant to the Plaintiffs' and Cavagna Group S.p.A Omeca Division's Stipulation for Dismissal with Prejudice (Doc. 272), and good cause appearing,

**IT IS HEREBY ORDERED** that the cause of action against Cavagna Group S.p.A Omeca Division is **DISMISSED WITH PREJUDICE** as fully and finally resolved upon the merits. Each party shall bear its own costs and attorneys' fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 2nd day of November, 2022.

SUSAN P. WATTERS
United States District Judge